1  **GUTRIDE SAFIER LLP**
   ADAM J. GUTRIDE (State Bar No. 181446)
2    adam@gutridesafier.com
   SETH A. SAFIER (State Bar No. 197427)
3    seth@gutridesafier.com
   TODD KENNEDY (State Bar No. 250267)
4    todd@gutridesafier.com
   835 Douglass Street
5  San Francisco, California 94114
   Telephone: (415) 789-6390
6  Facsimile:  (415) 449-6469

7
   Attorneys for Innovative Automation
8

9  JEN-FENG LEE (State Bar No.  204328 )
   KENNETH K. TANJI, JR. (State Bar No.  162273)
10 LT PACIFIC LAW GROUP LLP
   17800 Castleton Street, #383
11 Industry, California 91748
   T: 626-810-7200
12 F: 626-810-7300

13 Attorneys for Defendants Vinpower, Inc. and Vinpower Digital, Inc.

14 Sterling A. Brennan (California State Bar No. 126019)
       E-mail:  sbrennan@wnlaw.com
15 Tyson K. Hottinger (California State Bar No. 253221)
       E-mail:  thottinger@wnlaw.com
16 WORKMAN │ NYDEGGER A Professional Corporation
   20 Pacifica, Suite 1130 & 60 E. South Temple, Suite 1000
17 Irvine, California 92618
   Salt Lake City, Utah 84111
18 Telephone:   (949) 242-1900
   Telephone:  (801) 533-9800
19 Facsimile:    (949) 453-1104
   Facsimile:  (801) 328-1707
20

21 Charles J. Veverka (*Admitted Pro Hac Vice,* Utah State Bar No. 07110)
       E-mail:  cveverka@mgiip.com
22 Eric L. Maschoff (*Admitted Pro Hac Vice,* Utah State Bar No. 06608)
       E-mail:  emaschoff@mgiip.com
23 Rachel Jacques (*Admitted Pro Hac Vice,* Utah State Bar No. 13250)
       E-mail:  rjacques@mgiip.com
24 MASCHOFF GILMORE & ISRAELSEN
   1441 West Ute Boulevard, Suite 100
25 Park City, Utah 84098
   Telephone:   (435) 252-1360
26 Facsimile:    (435) 252-1361

27 Attorneys for Plaintiff and Counter-defendant RIMAGE CORPORATION

28

---

Stipulation

1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 5   INNOVATIVE AUTOMATION LLC, | Case No. 5:11-CV-03409-EMC   11-3410 EMC |
| 6                    Plaintiff, | **STIPULATION TO THE RELATION OF** |
| 7          v. | **CASES AND REASSIGNMENT TO** |
| | **MAGISTRATE JUDGE LLOYD** |
| 8   MEDIATECHNICS SYSTEMS, INC., et al., | |
| 9 | |
| 10                    Defendants. | |

| | |
|---|---|
| 11   INNOVATIVE AUTOMATION LLC, | Case No. 5:11-CV-03410-EMC   11-3411 EMC |
| 12                    Plaintiff, | |
| 13          v. | |
| 14   DISCOPYLABS, | |
| 15                    Defendant. | |
| 16 | |

| | |
|---|---|
| 17   INNOVATIVE AUTOMATION LLC, | Case No. 5:11-CV-03411-EMC   11-3412 EMC |
| 18                    Plaintiff, | |
| 19          v. | |
| 20   ACUTRACK, INC., | |
| 21                    Defendant. | |
| 22 | |

| | |
|---|---|
| 23   RIMAGE CORPORATION, | Case No. 5:11-CV-03412-EMC   11-4224 EMC |
| 24                    Plaintiff, | |
| 25          v. | |
| 26   INNOVATIVE AUTOMATION LLC, | |
| 27                    Defendant. | |
| 28 | |

- 2 -

1

2        The parties hereby stipulate to the relation of the above-captioned cases, and to the

reassignment of those cases to Magistrate Judge Lloyd.[1]

3

4                  Respectfully submitted,

5   Dated: February 23, 2012        GUTRIDE SAFIER LLP

6

7

8                   /s/Todd Kennedy
                TODD KENNEDY

9                   Attorneys for Innovative Automation LLC

10

11  Dated: February 23, 2012        WORKMAN NYDEGGER

12

13

14                  /s/ Charles Veverka
                CHARLES VERVERKA

15                  Attorneys for Defendant and
counterplaintiffs Acutrack Inc. and
DisCopyLabs, and Plaintiff Rimage

16                  Corporation

17

18  Dated: February 23, 2012        LT PACIFIC LAW GROUP LLP

19

20                  /s/Jen-Feng Lee

21                  JEN-FENG LEE
                Attorneys for Defendants Vinpower Inc. and

22                  Vinpower Digital Inc.

23   IT IS SO ORDERED that the above four cases are related and are reassigned to Magistrate
Judge Howard Lloyd to conduct any and all further proceedings in the case, including trial, and

24  order the entry of a final judgment.  The 2/24/12 telephone CMC is hereby vacated.

25

26  Edward M. Chen, U.S. District Judge

27  [1] Although all defendants in *Innovative Automation v. Mediatechnics Systems, Inc.* have
been served with the First Amended Complaint, defendants Mediatechnics Systems, Inc.;

28  Richard Duwayne Wilson; and Tibi Szligaya have not responded or entered an appearance.
Accordingly, those parties have not participated in this stipulation.

Stipulation

1

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

2        Pursuant to General Order 45X.B, I attest that the above signatories for Defendants

3   have concurred and consented to the filing of this document.

4   DATED: February 23, 2012

5                                                       /s/ Todd Kennedy

6                                                    Todd Kennedy
                                                     Attorney for Plaintiff Innovative
7                                                    Automation, LLC

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -
Stipulation